## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ARTESANIAS HACIENDA REAL, S.A.** | : | |
| | : | Civil No. |
| *Appellant,* | : | 23-cv-02406-KNS |
| | : | |
| | : | Adversary No. |
| **v.** | : | 17-028 |
| | : | |
| | : | Chapter 7 No. |
| **IVAN L. JEFFERY** | : | 16-15037 |
| | : | |
| *Appellee.* | | |

## ORDER

**AND NOW,** this 19th day of March 2026, for the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that the Bankruptcy Court's Opinion is **AFFIRMED**. The Clerk is directed to close this case.

BY THE COURT:


_____*Kai N. Scott*_____
**HON. KAI N. SCOTT**
**United States District Court Judge**